594

93 So.2d 150

**T. B. BYRD et al., Members of Review Committee, Production & Marketing Adm'n, Geneva County,**

v.

**Buford G. SORRELLS.**

**4 Div. 830.**

Supreme Court of Alabama.

Jan. 10, 1957.

Rehearing Denied March 7, 1957.

Appeal from Circuit Court, Geneva County; B. W. Simmons, Judge.

J. Stephen Doyle, Jr., Neil Brooks, Sp. Asst. Attys. Gen., Hartwell Davis, U. S. Atty., Ralph M. Daughtry, Asst. U. S. Atty., Montgomery, Linton B. West, Wm. J. Foster, Atlanta, Ga., and Donald A. Campbell, Attys., U. S. Dept. Agriculture, Washington, D. C., for appellants.

E. C. Boswell and Jas. W. Kelly, Geneva, for appellee.

LAWSON, Justice.

The holdings of this Court in the case of Byrd v. Sorrells, ante, p. 589, 93 So.2d 146 are controlling in this case. Hence, the appeal is dismissed and petition for mandamus denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.